[No. 6189-1. Division One. November 27, 1978.]

KATHERYN HOCKERSMITH, *Appellant,* v. CELINE HOCKERSMITH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 820774, Horton Smith, J., entered December 6, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Dore, JJ.

[No. 2870-2. Division Two. November 28, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAWFORD D. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-2232, Terence Hanley, J., entered April 19, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Reed and Soule, JJ.

[No. 3065-3. Division Three. November 28, 1978.]

ALL-STATES LEASING COMPANY, *Respondent,* v. L. R. GRAHAM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 234622, James V. Ramsdell, J., entered February 18, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green and McInturff, JJ.